AO 91 (Rev 8/85) Criminal Complaint   Case 7:16-mj-01345   Document 1   Filed in TXSD on 07/15/16   Page 1 of 3

United States District Court
Southern District of Texas
FILED

JUL 15 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

## CRIMINAL COMPLAINT

| | | |
|---|---|---|
| **Luis Enrique De Leon-Reyes** *Principal* | the United Mexican States | Case Number: |
| YOB: 1984 | | M-16-1345-M |
| **Jose David Jimenez-Rivera** *Co-Principal* | the United Mexican States | |
| YOB: 1992 | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 14, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Adonys Francisco Quezada-Joya and Jose Alfonso Torres-Gonzales, both citizens and nationals of El Salvador, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On July 12, 2016, the Rio Grande Valley Field Intelligence Team (RGV FIT) received information from Sector Intelligence Unit (SIU) Agents assigned to the Falfurrias Border Patrol Station, regarding a stash house located at 2274 North 83rd Road Edinburg, Texas.

On July 14, 2016, at approximately 9:00 A.M., Agents Solis and Cerda conducted surveillance at the suspected stash house and observed a black sedan arrive at the residence and dropped off four subjects. At approximately 9:15 A.M., the black sedan departed the residence, Hidalgo County Constable Vasquez was contacted and conducted a vehicle stop on the black sedan for speeding. The driver of the black sedan, Jose David JIMENEZ-Rivera, was issued a warning for Speeding, Failed to Maintain Financial Responsibility and No Driver's License. Responding Agents Cervantes and Ramirez arrived at the traffic stop to establish citizenship and determined the driver, JIMENEZ, and the passenger, Jose de Jesus HERNANDEZ-Rios, were illegally present in the United States.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by _(signature)_

Sworn to before me and subscribed in my presence,

Signature of Complainant

Jon M. Chan       Senior Patrol Agent
Printed Name of Complainant

July 15, 2016                5:03 pm  at  McAllen, Texas
Date                                      City and State

Peter E. Ormsby , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16- 1345 -M

**RE:** Luis Enrique De Leon-Reyes
Jose David Jimenez-Rivera

**CONTINUATION:**

At the traffic stop, JIMENEZ freely admitted to dropping off four illegal aliens at the residence. JIMENEZ and HERNANDEZ were advised of their Miranda Rights and were placed under arrest. JIMENEZ declined to answer additional questions.

Contact was made with the person renting the property, whom gave verbal and written consent to search the property. Upon arriving at the property, two structures were discovered, the main residence and an additional building. At 11:00 A.M., RGV FIT along with Weslaco Border Patrol Agents and Hidalgo County Constables searched the main residence and found seven illegal aliens, including Luis Enrique DE LEON-Reyes.

All subjects were placed under arrest where advised of their Miranda Rights and transported to the Weslaco Border Patrol Station for interviews and case preparation.

Through interviews, it was determined that Luis Enrique DE LEON-Reyes and Jose David JIMENEZ-Rivera were identified as alien smugglers.

Principal Statements:

Luis Enrique DE LEON-Reyes and Jose David JIMENEZ-Rivera were again advised of their Miranda Rights, they understood their rights and agreed to provide a sworn statement without the presence an attorney.

Principal #1:

Luis Enrique DE LEON- Reyes, a citizen and national of the United Mexican States, stated he entered the United States approximately 15 years ago near Hidalgo, Texas. DE LEON lives on the property but not in the main residence. DE LEON stays in the additional stucture located in the property. DE LEON stated that JIMENEZ was going to use the main residence to harbor illegal aliens. DE LEON claims he was instructed by JIMENEZ to have the illegal aliens take off their clothes and place them in a trash bag so the clothes could be washed. DE LEON stated he knew the people inside the main residence were illegal aliens.

DE LEON was shown a photo lineup and positively identified Jose David JIMENEZ-Rivera at the person using the main residence to harbor illegal aliens.

Principal #2:

Jose David JIMENEZ-Rivera is a citizen and national of the United Mexican States. JIMENEZ claimed he was hired by Luis Enrique DE LEON-Reyes to pick up the four illegal aliens and drop them off at the main residence. JIMENEZ stated he has transported illegal aliens several times for DE LEON and he usually gets paid fifty dollars per illegal alien.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- 1345 -M

**RE:** Luis Enrique De Leon-Reyes
Jose David Jimenez-Rivera

**CONTINUATION:**

JIMENEZ was shown a photo lineup and positively identified Luis Enrique DE LEON-Reyes as the person paying him to transport illegal aliens.

**MATERIAL WITNESS STATEMENTS:**

Adonys Francisco QUEZADA-Joya and Jose Alfonso TORRES-Gonzalez were advised of their Miranda Rights, they understood their rights and agreed to provide a sworn statement without the presence of an attorney.

**MATERIAL WITNESS #1:**

Adonys Francisco QUEZADA-Joya, a citizen and national of El Salvador, claimed his girlfriend paid an unknown smuggler in Reynosa, Tamaulipas, Mexico 4,000 USD to be smuggled into the United States. QUEZADA's girlfriend was to pay an additional 2,300 USD once he arrived to Houston, Texas. Once in the United States, QUEZADA and his group walked for four hours before being picked up by a vehicle and transported to a flea market. At the flea market, the driver ordered the group to exit the vehicle and board an awaiting black four door vehicle. QUEZADA stated the driver told the group to put their seatbelts on and then took a picture of the group with his cellphone. The group was then transported to the main residence where they were apprehended in. Once at the main residence, the driver opened the rear door to the main residence and showed the group which room they were going to stay in and departed the main residence. Shortly after, another subject arrived and ordered the group to remove their clothes because he was going to wash them. He also ordered the group to keep quiet.

QUEZADA was shown a photo lineup and identified Jose David JIMENEZ-Rivera as the driver of the vehicle that transported the group from the flea market to the main residence they were apprehended at.

QUEZADA was shown a separate photo lineup and identified Luis Enrique DE LEON-Reyes as the person who gave the group orders at the main residence.

**MATERIAL WITNESS #2:**

Jose Alfonso TORRES-Gonzalez, a citizen and national of El Salvador, was to pay 7,000 USD to be smuggled into the United States. TORRES states he crossed the Rio Grande River with three other illegal aliens and one foot guide. TORRES claims they walked for five hours before being picked up by a vehicle and eventually transported the main residence he was apprehended in. Prior to arriving to the residence, TORRES claims the driver took a picture with the group in the vehicle. Once at the residence they entered the main house and the group entered a room. A male subject entered the room and instructed the group to put their clothes in a trash back so he could wash them.

TORRES was shown a phot lineup and identified Jose David JIMENEZ-Rivera as the driver of the vehicle that transported the group to the main residence they were apprehended at.

TORRES was shown a separate photo lineup and identified Luis Enrique DE LEON-Reyes as the person who took the groups clothes.

Page 3